# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

**DEBBIE BOS**,                )   Case No. 2:10-cv-03083-LRS
                              )
Plaintiff,                    )
                              )   **ORDER**
        vs.                   )
                              )
**BANK OF AMERICA**           )
                              )
**CORPORATION,**              )
                              )
Defendant._____

IT IS HEREBY ORDERED that the parties Motion for Dismissal without Prejudice is hereby GRANTED.

DATED this 11th day of February, 2011.


                            *s/Lonny R. Suko*

                            _____
                            Honorable Lonny R. Suko
                            United States District Judge